```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION

MICHELLE Y. BROWN,              )
                                )
          Plaintiff,            )
                                )
     v.                         )    No.  11 C 5963
                                )
HEALTH CARE SERVICE CORPORATION,)
et al.,                         )
                                )
          Defendants.           )
```

## MEMORANDUM ORDER

Michelle Brown ("Brown") has filed a Complaint of Employment Discrimination against her employer Health Care Service Corporation ("Health Care") and Raymond Bisanz (whose position with Health Care is not identified in the Complaint), using the form provided by the Clerk's Office for pro se plaintiffs. Brown complains that she was subjected to discrimination based on (1) her race (which, judging by Complaint ¶13, is presumably African American) and (2) her sex when she was denied a promotion to Vice-President in favor of "a white male with less qualifications." In addition to that claim, Complaint ¶13 alleges:

> Defendants retaliated against Plaintiff for filing EEOC Complaint.

This Court is not called upon to address the merits of Brown's Complaint, because Complaint ¶8(a) reflects that EEOC has not issued a right-to-sue letter in response to her Charge of Discrimination. That being so, both the Complaint and this

action must be dismissed because that essential precondition to her filing an employment discrimination lawsuit has not been satisfied. This Court so orders, but under the circumstances the dismissal is of course without prejudice to the possibility of her suing after that precondition has been met.

_____
Milton I. Shadur
Senior United States District Judge

Date: August 29, 2011