IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHELLE Y. BROWN, pro se, )
)
                Plaintiff, )
)
      v. )      Case No. 11 C 5963
)
HEALTH CARE SERVICE )
CORPORATION and RAYMOND E. )
BISANZ, individually, Vice President )
Enterprise Resource Management -- )
Health Care Service Corporation, )
)
              Defendants. )

## MEMORANDUM ORDER

With just a single exception, this action initiated and litigated by pro se plaintiff Michelle Brown ("Brown") is now pending before our Court of Appeals, where Brown has no fewer than four separate appeals pending. At this point the sole remaining issue at the District Court level relates to Brown's long-delayed payment of sanctions that this Court had awarded to defendant Health Care Service Corporation ("Health Care") stemming from Brown's abuse of the litigation process.[1]

During the most recent hearing on the latter subject a bit over a month ago (on December 5, 2014), it became clear for the first time (at least to this Court) that Brown's objection to the sanctions award was focused not on the merits but rather on her inability to

---

[1] In that respect Brown had sought a stay from both this Court and the Court of Appeals, but that effort was unsuccessful at both levels.

handle the financial aspect of the sanctions as a current matter. For that reason Brown was seeking to defer full payment for an entire year.

Because it appeared from the discussions at the December 5 hearing that both sides might be amenable to a term workout (but not for as long a term as Brown had requested), this Court concluded that hearing by urging Brown and Health Care's counsel to attempt to work things out by agreement. That left the case without a next scheduled status date, something that this Court rarely does. With silence now having descended on the matter for more than a month, this memorandum order requests a progress report from the litigants at an early date (that report can be informal in nature, rather than calling for a formal filing).

                                                               Milton I. Shadur
                                                               Senior United States District Judge

Date: January 8, 2015