IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHELLE Y. BROWN, pro se,           )
                                      )
                Plaintiff,            )
                                      )
        v.                            )    Case No. 11 C 5963
                                      )
HEALTH CARE SERVICE CORPORATION       )
and RAYMOND E. BISANZ, individually,  )
Vice-President Enterprise Resource Management -- )
Health Care Service Corporation,      )
                                      )
                Defendants.           )

## MEMORANDUM ORDER

All that remains pending before the District Court in this now-dismissed action by pro se plaintiff Michelle Brown ("Brown") against Health Care Service Corporation ("Health Care") and its Vice-President Raymond Bisanz[1] is Brown's long-delayed payment of sanctions that this Court awarded to Health Care in August and September, 2014 stemming from Brown's abuse of the litigation process.  At the December 5, 2014 hearing on the subject this Court concluded by urging Brown and Health Care's counsel to seek a workout by agreement   Because only silence had ensued thereafter, on January 8 this Court entered a memorandum order ("Order") requesting a progress report from the litigants at an early date, with the Order also stating that an informal report rather than a formal filing would be adequate.

That request has generated the prompt January 12 delivery to this Court's chambers of e-mails confirming Brown's undertaking (1) to pay $1,000 on account (something that she had done through a December 31 money order) and (2) to deliver additional $1,000 money orders on

---

[1] Brown has no fewer than four separate appeals pending before our Court of Appeals.

each of January 30 and February 27, 2015, with the entire remaining unpaid balance of sanctions and expenses to be paid by March 31, 2015. This Court expects full compliance with than undertaking on Brown's part, so it further continues Health Care's motion to enforce the obligation (Dkt. 216) until April 10, 2015. If before that date Health Care confirms that payment has been made, its enforcement motion will be denied as moot.

_____
Milton I. Shadur
Senior United States District Judge

Date: January 16, 2015